IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDGAR LEE WARREN,

      Plaintiff,                                    No. CIV S-08-1743 KJM P

     vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.                       ORDER

/

        By order filed February 9, 2009, plaintiff's complaints were dismissed and thirty days leave to file a second amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: June 19, 2009.

U.S. MAGISTRATE JUDGE

1
warr1743.fta

1